Please call the next case. Next case, file number 411-0628, Richter v. William Richter. You may proceed. Good morning, your honors. Good morning. I may please the court. My name is Matt Kennedy, and I represent the employee, William Richter. This appeal reviews the denial of the motion to reinstate a cause of action. The cause was dismissed for one of prosecution. The motion to reinstate was denied by the arbitrator on a finding that good cause was not shown. The commission then affirmed the arbitrator, and the Honorable Judge Cory Hill then affirmed the decision of the commission. No questions were raised on the pleadings. The issues raised in this appeal include whether the commission erred when it required a showing of good cause and thereby denied the motion to reinstate, also whether the trial court erred when it affirmed the decision of the commission, and lastly, whether the trial court erred when it applied a manifest weight of the evidence standard of review when it reviewed the undisputed facts of the matter rather than reviewing the issue de novo. So what was the good cause for the reinstatement? Well, the grounds for reinstatement were threefold. One was communication with the petitioner was lost. Why was it lost? Well, he was actually incarcerated. Not until after it was DWP. Wait a minute. He wasn't incarcerated until after it was DWP. Why didn't you show up for the call? I don't have an answer why the attorney handling the case at the time did not show up. Then you don't have any good cause, do you? Well, we have good cause to get reinstated, we believe, because during the motion, we believe that needing more information from the petitioner regarding medical treatment, and we... The case had been pending for eight years, right? Yes, sir, that is correct. And the reason why he was not available, well, it's kind of a tragic story in this case, but it appears that he had been criminally plotting the murder of his wife, so we believe that... It was taking up most of his time, I think. Probably, and... He didn't have time to sign an authorization to get medical records. Exactly, so it's a very unique case, and... Well, he was incarcerated at the time you filed the petition to reinstate, wasn't he? Yes, sir, but not at the time the case was dismissed. Well, that is the problem. Can you create good cause by your own malfeasance or your own nonfeasance, I suppose becomes the question. Nobody shows up, the case gets DWP'd, and in the meantime he ends up in the penitentiary, and now you're saying the good cause is we can't reach him, because what happened after we didn't show up creates the good cause. Isn't that sort of a circular argument? Well, we believe that his right to trial, to deal with the disputed issues that still exist, are good cause to have it reinstated so he can receive the financial benefit of the Workers' Compensation Act. I think it was important to point out that disputed issues... Is he incarcerated now? Yes, sir. Can't you... That is true. Is he not available to be interviewed, even though he's incarcerated? At this time, he probably is, and if the case were to be reinstated, then these are the steps that I would take to bring this case to a close. I think it is important to notice that not every case pending before the commission or on the docket necessarily has issues. We do have certain clients where they come to us, benefits have already been turned on. All that we do is settle the case, so I think the fact that there were disputed issues and that a trial was needed is good cause to reinstate it. Let's go to another level here. I think you can concede, you can get the sense. Case is pending for eight years, nobody shows up, it's dismissed. Given those facts, on the surface, you don't have a real compelling reason to have a reinstatement motion granted. But aside from that, now the legal issue becomes, was this an abuse of discretion? Forget about all the other parts. How can you say this is an abuse of discretion given the history? Well, we believe that when Arbitrator White ruled, that would be on Section 7020.90, she used a standard good cause where really all you need to do is simply show grounds for reinstatement. We believe that she used a higher standard than... What was the higher standard? That it was good cause as opposed to just grounds. But what's her standard of review? In reviewing that decision, the propriety of that decision, what is her standard of review? With her... Whether that's abuse of discretion? If it were, if you applied an abuse of discretion, then we would ask that it be overturned on the fact that she did use the wrong standard when deciding to not reinstate the case. Doesn't Rule 7020.60 provide that if the claimant fails to appear to status, the case is dismissed for warrant of prosecution, except upon a showing of good cause? Yes, that's... And I don't see anything in the record that shows any explanation for why somebody didn't appear. Well, you're right. The good cause would be for continuations, but not with motions to reinstate. It appears the standard is different, as you just need to show grounds for reinstatement. Well, if it was to reinstate, why wouldn't you show good cause for why you weren't there, or why the attorney wasn't there, or wasn't shown up in the petition for reinstatement? I understand the argument. There really is no good reason for the continuance. It's a matter of arguing the motion to reinstate so the injured worker can receive the benefit of the Workers' Compensation Act. And as far as the good cause for having it reinstated, the issue was brought up about fairness and equity to the respondent. They have the same burden as the petitioner or the injured worker to retain the evidence, locate witnesses, continue the track, and prosecute the claim. I feel as if if that issue were really the case, then the previous 26 or so continuances over the previous eight years would have been contested. I take it you did not handle the case before the arbitration? No, sir. We're not trying to put you on the defensive, and obviously you have a very distinct disadvantage. But again, I think the case law is clear. We review the Commission's decision to grant or deny a petition for reinstatement under an abuse of discretion standard. And you know what an abuse of discretion standard is, the definition, correct? An abuse of discretion. Yes, we believe that she had a discretionary ruling. Right, and that would mean that no reasonable person would agree with the decision of the Commission, which means that no reasonable person would agree that a DWP when nobody's there after eight years would be an abuse of discretion? And that's a hurdle. Yes, sir. We initially asked that the case be reviewed de novo as there was no material difference in the facts of the case. How can you review de novo on issues that are subject to the discretion of the court? It has to be reviewed on abuse of discretion. You can never have a de novo review of a discretionary ruling. We don't believe that she applied the right rules, so there really shouldn't have been any discretion in the ruling. If she had applied to the correct rule, then— What was the correct rule in your view? That she needed to—that we needed to show grounds for reinstatement. But she said that there was no good cause shown, which we believe is an elevated standard on a motion to reinstate. Well, your grounds for reinstatement are going to address the exception of good cause. I mean, they're related. It was dismissed. You're asking for the dismissal to be vacated, for the cause to be reinstated. Yes, sir. And so I think Justice Stewart read the rule to you, except for good cause. And that is for continuances. But Section 90, following that, for reinstatements, reads differently. And I think that's— And what does it say? That's what says you—it says grounds must be shown for reinstatement. But with 60, good cause must be shown for a continuance. And it was mentioned also that— But they're really interrelated. I mean, when you're arguing for reinstatement— They are closely related. We agree with that. And what type of grounds here do you think warrant reinstatement? Well, the first ground was, like we spoke of before, trouble reaching a petitioner to find out medical status, medical treatment. He was otherwise occupied and— Well, you just said he was incarcerated. At the time of— Reinstatement. Reinstatement. At the time of the hearing, yes, sir. He was incarcerated? Yes, sir. At the time of which hearing? At the dismissal? No, at the time for the petition to reinstate. Not at dismissal? Not at dismissal. Okay. And— The other ground you listed was that you needed more information regarding medical treatment of the claimant. Is that correct? Yes, sir. The arbitrator asked you what steps had been taken to procure the information and what was the answer. I don't know. I think he was referring to whether or not she wanted specific answers. Well, the question was, what information is it you need regarding treatment for the claimant? And the answer was general information regarding whether he is finished with treatment or not. From whom? I mean, what steps have you taken to procure the information? Unfortunately, my involvement with this case has isolated the petition for reinstatement. Mr. Davis has been working on the case as a whole. I don't have that information. I think he was under the belief that she wanted specifics as to who in the office had made calls, who specifically had been called, which I don't think he had at the time. He probably could have handled that question. In any event, your position is there's legitimate compelling reasons to reinstate, and the short, long and short of this, the commission abused the discussion, correct? Yes, sir. All right. Thank you. Thank you, counsel. May it please the court, counsel, I'm Glenn Featherston. I represent the respondent. And what I want to say is that this commission has got about 50,000 filings a year, roughly. And they've got to have a procedure to weed out stale cases. They've got to have rules. They have rules. They've got to have the ability to interpret and apply those rules. Here is an old, old, old case. It was eight years old when it was dismissed. It's 12 years old now. This court and the Supreme Court have said over and over again and laid out principles about how reinstatements are going to be handled. It's in the Banks case. It's in the Conley case. It's in the Bromberg case. It's in the Cranfield case. It's in the TTC Illinois case. And they're all exactly as your honors and questions have shown. It's all sound discretion, abusive discretion. All of them say that. The commission's interpretation of their own rules is given deference by this court. And it's only turned around when they interpret something. It's clearly erroneous, arbitrary, unreasonable. I think that, if I can put it in my words, I think that the petitioner here has really imposed a very strained argument. Is fairness and equity the same thing? I believe it's very close. I can remember one of my first days in law school, a professor spent an hour talking about what is justice, fairness, equity. It's an interesting exploration. I think they're very close. I also think that when we have one rule, which is the rule that deals with continuances requiring a showing of good cause, we have another rule that appears several rules later that deals with reinstatement. And it uses those words, fairness and equity. And you must have grounds. And the arbitrator is supposed to determine whether or not something is reinstated based upon fairness and equity. I believe that all of those rules have got to be read together. I believe that good cause is talking about fairness and equity. I think they're all referring to each other. And I don't think we can read them without reading them, in some cases, say, in harmony. And you can't read it in isolation. Fairness to who? Just the claimant? Does the interest of moving the court call and expediting cases for the benefit of the court system and the people of the state of Illinois, doesn't that enter into it? It certainly does. And also there is fairness that has to do with the respondent. We have to follow these cases. I have to keep my eye on them. I have to wonder where are those witnesses when I have to put this thing on. Will they be around? Are they dead? Do they remember anything after eight years? The court system has an inherent interest in moving the case along, correct? Yes, it does. Otherwise, you get it so loaded up that you can't handle it anymore. You're overburdened. You're crushed down. I believe that these things have got to be read together. And those cases that this court and the Supreme Court have decided to talk about, the burden is on the claimant to allege and prove facts justifying the reinstatement that is sought that appears in those cases. And I don't think there were any reasons shown here. I obviously agree with Arbitrator White. And every tribunal that's touched this case since Arbitrator White wrote her own decision. I did not write that. She said she'd write it herself, and she did. Every tribunal that's touched this has affirmed her all the way up to here. I mean, everybody can't be out of step on an issue like this. And the grounds that were stated, and I want to point out that the record shows that when we first went in for the first hearing on reinstatement, there were absolutely no grounds stated in the petition whatsoever. Arbitrator White said, you've got to put grounds in here. I'm going to give you another month. Come back next month. And that's where the three grounds then came in. And Arbitrator, there was no petition. There was no evidence. There was no affidavit. There was an argument, which appears in the record. And Arbitrator White says, well, the first issue is the fact that this petitioner was then incarcerated at that time. That had only happened two or three weeks before. The murder only happened two or three weeks before. The petitioner was not incarcerated at the time of the dismissal, was not incarcerated at the time that the first petition was filed. It's when the hearing came up that the petitioner was incarcerated. And Arbitrator White said, I don't think that's relevant. I don't think that makes any difference. And then the question about whether or not more information was needed, one of you justices was so correct on exactly what's in the record. She asked, what is it that you need? I don't know. Well, what has been done to try to find out what you need? And the answer was, I don't know. And the third ground was, well, there's disputed issues here. Well, there are disputed issues here, and I have disputed the issues in this case ever since, for all of those eight years. That's why I'm so old to appear here in this case. Because of this case? Huh? Because of this case? Exactly. But in any event, there's fairness to the respondent. There's fairness to the court system. There's fairness that goes all around. I believe that the good cause, I don't believe that you can not have good cause for a continuance, but suddenly there's some new standard that applies for reinstatement. They've got to be read together. There is no cause here. The arbitrator was right. The commission was right. The trial court was right. Thank you. Thank you, counsel. Rebuttal? Okay. I would agree with counsel that the state, the commission, they do have a need and a want to move cases forward. But the burden on the commission is not that great if a case is brought back on or if it's continued for three months. Basically all it is is the arbitrator receiving one more e-mail from petitioner's counsel. But, of course, you can't ignore the history. I mean, in the abstract you have a point, but now you're talking about eight years have gone by. You have to look at it through the prism of the last eight years. I understand. But when dealing with the petitioner in state, I guess I would ask that we look at a shorter period of time with the one status call where the case was dismissed. There are plenty of ways to get cases moving forward. I mean, he mentions that he's disputed it from the beginning. The case can be set for trial, and each continuance request can be argued at every status call after a three-year period. So it obviously wasn't of that great importance to either side with the case sitting there for that long. Something more should have happened with the case in eight years, I agree, but we feel that the grounds are there to reinstate the case so it can properly be disposed of. Thank you. Thank you, counsel. A matter of particular advisement, written disposition of issue.